United States District Court
For the District of Puerto Rico

RAMON SENA
_____
Plaintiff

V.

ASSMCA
_____
Defendant

Criminal/Civil No. 3:26-CV-01042-GMM

2026 FEB 20 AM 10:09
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

MOTION: Honorable, Judge Gina R. Mendez-Miro
here I present to you, proof of
my employment status, to be taken
into consideration for approval
of the form Pauperi.
thanks very much for your time.

02/20/2026

Signature: _____

Name: RAMON SENA

Address: 1005 Alejandria Puerto Nuevo San Juan 00920

Telephone: 347 207 8792

E-mail: VAMONSENA22@hotmail.com