United States District Court
For the District of Puerto Rico

Ramón Sena
_____
Plaintiff

Criminal/Civil No. 3:26-CV-01042-GMM

V.

Assmca, Héctor Cay Genesis M.
Med Caribe, Inc., Millenium Health
                                    Services
_____
Defendant

2026 MAR 24 PM 1:54

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

MOTION: Emergency Motion For Release and Protection of Constitutional Rights.

To the Honorable Court, the Honorable Judge Gina R. Méndez Miró:

Ramón Sena Alcántara, appearing pro se, and respectfully files this Emergency Motion for Release, and states as follow:

1. Ramón Sena is a lawful permanent resident of the United States and is married to a United States citizen.

2. Ramón Sena is currently detained and faces imminent transfer outside the Jurisdiction, including possible transfer to the State of Florida, with the risk of deportation to the Dominican Republic. (Next page. 1-4)

Signature: Ramón Sena
Name: Ramón Sena
Address: 1005 Andalucía Puerto Rico
Telephone: 347-207-8882  281-701-3682
E-mail: ramonsena22@hotmail.com

United States District Court
For the District of Puerto Rico

_____

Plaintiff

V.

_____

Defendant

Criminal/Civil No. 3:26-CV-01042-GMM

MOTION: 3. Ramon Sena respectfully submits that his detention ~~deportation~~ and the circumstances surrounding it raise serious concerns regarding violations of his constitutional rights, including due process protections. 4. Ramon Sena has not been afforded a meaningful opportunity to present documentation confirming his lawful permanent resident status, including his green card. 5. Plaintiff has not been given a fair opportunity to be heard or to defend himself prior to actions being taken that may result in his removal. Next page 2-4

Signature: Ramin Sena
Name: _____
Address: _____
Telephone: _____
E-mail: _____

Case # 3:26-cv-01042-GMM

6. These actions constitute a violation of Plaintiff's right under the Due Process Clause of the Fifth Amendment.

7. Plaintiff faces imminent transfer and possible removal from the United States.

8. If departed, Plaintiff will suffer irreparable harm, including:

- Be separated from his United States citizen spouse.
- Inability to continue litigating his federal civil case.
- Loss of access to evidence and participation in discovery.

9. Plaintiff further has a reasonable concern that actions may be taken to remove him from the United States in order to interfere with his pending federal litigation.

10. Plaintiff's presence is necessary to:

- Participate in litigation
- Engage in discovery
- Protect his legal rights.

Wherefore, Plaintiff respectfully requests that this Honorable Court:

a. Order Plaintiff immediate release, either on bond or without bond;

b. Issue an order preventing Plaintiff's transfer to Florida or deportation pending further proceedings;

c. Grant any additional relief deemed just and proper by this Court (Writ of Habeas Corpus, etc).

3-4

Case # 3:26-cv-01042-GMM

Emergency contacts:
  Vilma Telician
    Phone: 281-701-3682

Respectfully submitted,

Ramin Sokla
Plaintiff, Pro Se
24/3/26

page 4 of 4

PD: Including with this motion are:
  Certificate of Marriage
  ID of Spouse
  ID Ramin and SS card.