# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**RAMON SENA ALCÁNTARA**
Petitioner, Pro Se

**Civil No.: 3:26-cv-01042-GMM**
**Judge: Gina R. Méndez-Miró**



v.

**Assmca, Hector Cay, Genesis M, MedCaribe, Millenium**
Respondents

# EMERGENCY INFORMATIVE MOTION REGARDING FEDERAL HABEAS ORDER AND IMPACT ON PLAINTIFF'S RIGHTS

## TO THE HONORABLE COURT:

Plaintiff submits this informative motion to notify the Court of a **written transcription. The transcription was prepared with the assistance of Plaintiff's spouse. The spouse transcribed statements communicated directly by Plaintiff:**

On or about **March 27, 2026,** this Court issued an Order granting **temporary injunctive relief,** finding that:

- Petitioner was detained without a hearing
- Petitioner was denied a meaningful opportunity to contest removal

The Court ORDERED:

1. That Petitioner **shall not be transferred outside Puerto Rico** during the pendency of this case
2. That Petitioner be granted a **bond hearing before an Immigration Judge**

## I. CONTINUING AND ONGOING VIOLATIONS

Despite the Court's findings and protective order, Petitioner remains:

- Detained outside Puerto Rico (Florida)
- Subjected to conditions that threaten his health and safety

A federal court (District of Puerto Rico) has found:

- Lack of due process
- Possible unlawful detention

## II. IMPACT ON THIS CASE

Plaintiff respectfully states that:

- These events may affect his ability to prosecute this case.
- The information may be relevant to:
    - Access to courts
    - Ongoing harm

## III. REQUEST

Plaintiff requests that the Court:

- Take notice of the habeas ruling
- Consider its impact on this case

## IV. ACCURACY

Plaintiff affirms that:

- The transcription is **true and accurate to the best of his knowledge**

## V. CONCLUSION

Plaintiff respectfully requests that the Court **consider this transcription as part of the record**.

**Respectfully submitted,**
Ramón Sena Alcántara
Pro Se